UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RANDOLPH SHOPE,

                    Petitioner,

-vs-                                    Case No.  5:05-cv-487-Oc-10GRJ

BUREAU OF PRISONS,

                    Respondent.

_____/

## O R D E R

This case raises an issue of law concerning the Bureau of Prison's interpretation of

18 U.S.C. § 3624(b) and the appropriate manner in which to calculate a prisoner's good

time credit.  This issue is governed by the Court's decision in <u>Guerin v. Sawyer</u>, Case No.

5:03-cv-203-Oc-10GRJ, in which the Court adopted the United States Magistrate Judge's

Report and Recommendation attached hereto.[1]  Accordingly, the Clerk is directed to enter

judgment denying the Petition in this case with prejudice, terminate any pending motions,

and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 19th day of January 2006.

_____

**UNITED STATES DISTRICT JUDGE**

_____

[1]<u>See</u> <u>also</u> <u>Brown v. McFadden</u>, 416 F.3d 1271, (11th Cir. 2005) (11th Cir. 2005) (holding that the BOP's interpretation of 18 U.S.C. § 3624(b)(1) is reasonable and that rule of lenity is inapplicable).

Copies to: Petitioner